**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-424 |
| v. | **CONSOLIDATED CASE** |
| **DISNEY INTERACTIVE STUDIOS, INC.** **F/K/A DISNEY INTERACTIVE, INC.,** | **LEAD CASE** |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff eDekka LLC ("eDekka"), and agreed to by Defendant Disney Interactive Studios, Inc. f/k/a Disney Interactive, Inc. ("Disney Interactive").  Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by eDekka against Disney Interactive are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

**Signed this date.**

**Dec 11, 2014**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE